AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Pedro Pedro-Mateo<br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)       Mag. No. 25-282<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 9, 2025__ in the county of __Morgan__ in the __Northern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | Fraud and Misuse of Visa, Permits, and Other Documents |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

GEORGE W HASSELL
Digitally signed by GEORGE W HASSELL
Date: 2025.04.17 11:47:16 -05'00'

*Complainant's signature*

George Hassell, Deportation Officer, ICE
*Printed name and title*

Telephonically sworn to before me and electronically signed on

Date: 04/17/2025

*Judge's signature*

City and state: Birmingham, Alabama

Gray M. Borden, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, George Hassell, being duly first sworn, depose and say:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement ("ICE")/Enforcement Removal Operations ("ERO") within the United States Department of Homeland Security ("DHS"). I have served as a Deportation Officer with ICE/ERO since April 2022. As part of my duties as a Deportation Officer, I am charged with conducting investigations related to violations of the Immigration and Nationality Act, specifically with respect to foreign-born nationals that have been deported from the United States and subsequently re-entered the United States illegally.

2. Additionally, as a part of my official duties as an ERO Deportation Officer, I investigate criminal violations of federal laws with an immigration nexus, including, but not limited to, 18 U.S.C. § 1546 (Fraud and Misuse of Visas, Permits, and Other Documents).

3. The facts in this affidavit come from my personal observations, my training and experience, the training and experience of other agents and officers, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4.     On or about April 05, 2025, Pedro Pedro-Mateo was arrested for Public Intoxication by the Decatur Police Department in Decatur, Alabama, which is located within the Northern District of Alabama. On or about April 05, 2025, ICE/ERO was notified of Pedro-Mateo's arrest and determined that Pedro-Mateo is a native and citizen of Guatemala who does not have any lawful immigration status in the United States.

5.     On or about April 09, 2025, Pedro-Mateo was taken into ICE custody and transported to the ICE/ERO Birmingham office. Upon arrival, ICE/ERO I began processing Pedro-Mateo for removal proceedings. While going through Pedro-Mateo's property, I discovered Pedro-Mateo was in possession of what appeared to be a fraudulent social security card and a fraudulent Texas Driver's License (DL), as both were in the name of Donovan Lyle Herrera, Jr. Notably, the DL card was in Herrera's name, but it contained Pedro-Mateo's photograph, suggesting that the cards had been manufactured specifically for Pedro-Mateo's fraudulent use.

6.     After discovering the aforementioned cards, I conducted various searches of law enforcement databases for information about Herrera, but was unable to find anything, which strongly suggests that Herrera is not a real individual.

7.     Based on the above facts, I believe there is probable cause to establish Pedro Pedro-Mateo is in violation of 18 U.S.C. § 1546(a). *See, e.g., U.S. v. Mosherf*,

280 Fed. Appx. 578, 579 (9th Cir. 2008) ("Section 1546(a) makes it illegal to procure by fraud or false statement a 'visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States.' A social security card is a document that evidences authorization for employment. 8 C.F.R. § 274a.2(b)(1)(v)(C)(1). Thus, it clearly falls within the 'other document prescribed by ... regulation' provision of 18 U.S.C. § 1546.").

GEORGE W HASSELL
Digitally signed by GEORGE HASSELL
Date: 2025.04.17 12:35:31 -05'00'

_____
George Hassell, Deportation Officer
ICE/ERO, U.S. Department of Homeland Security


Sworn to telephonically and subscribed electronically this 17th day of April 2025.

_____
Gray M. Borden
United States Magistrate Judge
Northern District of Alabama