PFE/BAJ May 2025
HBO GJ# 8

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **PEDRO PEDRO-MATEO** | ) |

## <u>INDICTMENT</u>

The Grand Jury charges that:

### <u>COUNT ONE</u>
*Fraud and Misuse of Visas, Permits, and Other Documents*
**[18 U.S.C. § 1546(a)]**

On or about the 9th day of April 2025, in Morgan County, within the Northern District of Alabama, and elsewhere, the defendant,

**PEDRO PEDRO-MATEO,**

knowingly possessed a social security card bearing the initials D.L.H. as evidence of an authorized stay or employment in the United States, despite knowing that such social security card had been forged, counterfeited, altered, or falsely made, in violation of Title 18, United States Code, Section 1546(a).

## COUNT TWO
*Failure to Possess Alien Registration or Receipt Card*
**[8 U.S.C. § 1304(e)]**

On or about the 9th day of April 2025, in Morgan County, within the Northern District of Alabama, and elsewhere, the defendant,

**PEDRO PEDRO-MATEO,**

an alien, was not in possession of his alien registration or registration receipt card, after having been previously issued an alien registration or registration receipt card, in violation of Title 8, United States Code, Section 1304(e).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*
BRETT A. JANICH
Assistant United States Attorney