### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 5:25-cr-271-LCB-HNJ |
| ) | |
| **PEDRO PEDRO-MATEO** ) | |

### SENTENCING MEMORANDUM

Mr. Pedro Pedro-Mateo, through counsel, submits this sentencing memorandum in support of his request for a custodial sentence of no more than six months. This sentence is appropriate in light of Mr. Pedro-Mateo's history and characteristics, the nature and circumstances of this offense, and the United States Guidelines. *See* 18 U.S.C. § 3553(a). Additionally, a six-month custodial sentence is sufficient, but not greater than necessary, to achieve the purposes of the sentencing set forth at 18 U.S.C. § 3553(a)(2) and (a)(6).

Mr. Pedro-Mateo was born in January 1996 in Santa Cruz Barillas, a tiny, rural municipality located in the department of Huehuetenango in Guatemala. The area traces its roots to the ancient Mayans, and is still home to many indigenous populations today. Mr. Pedro-Mateo himself speaks a Mayan language known as Q'anjob'al. Mr. Pedro-Mateo never knew his mother—he has no memory of her at all. He met his father only once when he was very little, for a period of two days. After that, his father abandoned him and moved to Mexico. To this day, Mr. Pedro-Mateo has no relationship with his father. Consequently, Mr. Pedro-Mateo's grandmother raised him.

Mr. Pedro-Mateo and his grandmother lived in extreme poverty. They resided in a small house, mostly constructed of wood and with only a dirt floor. The home was dilapidated and leaked often. They slept on a makeshift bed made of wooden branches. Mr. Pedro-Mateo's

grandmother fed him vegetables and "herb soup," while often going without anything to eat herself. Apart from some utensils, cups, pots for cooking, and minimal clothes, the family owned no property. Mr. Pedro-Mateo often went without shoes.

Early in his childhood, Mr. Pedro-Mateo's grandmother owned some boats, but she had to sell those to pay for Mr. Pedro-Mateo's schooling. Unfortunately, the money from the sale only covered his tuition until the second grade, after which he stopped his education and began working in the fields. Mr. Pedro-Mateo remembers not having enough strength as a young child to properly use the farm tools to plant crops and vegetables.

Eventually, Mr. Pedro-Mateo got married and had a daughter. After marriage, he moved into the home of his wife and in-laws. Although his in-laws also lived in extreme poverty, their house was in a slightly better condition than his grandmother's. Mr. Pedro-Mateo helped the family farm corn and beans on the land on which they lived. However, the family did not own the land—instead they had to rent the land from their landlord to use it for farming purposes. Unfortunately, despite their efforts to turn a profit from the corn and beans, the family ultimately could not afford to continue renting the land. Mr. Pedro-Mateo sought out other jobs, but could not find sufficient employment to properly support his family given the indigenous and rural nature of his municipality.

Accordingly, Mr. Pedro-Mateo decided to come to the United States in September 2023 to obtain better employment and wages to support his family in Guatemala. He crossed the border in Texas, and then turned himself into the immigration authorities. The authorities released him into the United States and gave him a Notice to Appear at an immigration hearing on June 3, 2027. Mr. Pedro-Mateo has remained in the United States since that time. Based on a review of Mr. Pedro-Mateo's alien file, it appears that Mr. Pedro-Mateo was never encountered by the

immigration authorities before September 2023, and that since his release into the country, he has sustained no prior criminal convictions.

Unfortunately, Mr. Pedro-Mateo struggled to find employment in the United States as well, largely due to a language barrier. Because he speaks neither English nor Spanish, he found himself unable to communicate properly with others. He briefly worked at a Mexican restaurant, but struggled to learn how to use a grill, and so was let go. Eventually, Mr. Pedro-Mateo met another person from Huehuetenango. The man spoke another indigenous language known as Akateko. Although the two could not understand each other perfectly, they were able to communicate some. Mr. Pedro-Mateo explained his difficulties with finding employment, and the fact that he was unable to afford rent or pay bills. The man offered Mr. Pedro-Mateo the fraudulent documents at issue in this case, which he told Mr. Pedro-Mateo would make it easier for him to get a job. Mr. Pedro-Mateo admits his wrongdoing and accepts responsibility for his conduct. However, given that Mr. Pedro-Mateo's motivation in obtaining these documents and entering into the United States was to obtain employment to support his family, a guidelines sentence of six-months is appropriate.

For the reasons above, Mr. Pedro-Mateo respectfully requests a sentence of no more than six months. The requested sentence reflects the statutory sentencing factors set forth at 18 U.S.C. § 3553(a), while also avoiding unwarranted sentencing disparities, and engendering both specific and general deterrence. The requested sentence is also consistent with the United States Sentencing Guidelines.

        Respectfully submitted,

        KEVIN L. BUTLER
        Federal Public Defender
        Northern District of Alabama

**/s/ Kevyn Armstrong-Wright**
KEVYN ARMSTRONG-WRIGHT
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170
Kevyn_Armstrong-Wright@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I electronically filed the foregoing via this Court's CM/ECF system, which will send notice of such filing to all counsel of record.

Respectfully submitted,

**/s/ Kevyn Armstrong-Wright**
KEVYN ARMSTRONG-WRIGHT
Assistant Federal Public Defender